FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D19-823
_____

ROBERT GERALD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

September 13, 2019


PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert Gerald, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.